GENOVA & MALIN
Attorneys For The Debtor(s)
Hampton Business Center
1136 Route 9
Wappingers Falls, NY  12590
(845) 298-1600
Thomas Genova (TG4706)
Andrea B. Malin (AM4424)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
---------------------------------------------------------X
IN RE

                                            **CHAPTER 13**

**ANN-MARIE WESTRIDGE,**           **CASE NO. 07-35257 (CGM)**

                Debtor.
---------------------------------------------------------X

## **CHAPTER 13 PLAN**

The debtor(s) propose(s) to pay the Chapter 13 Trustee from future income the sum of **$100.00** for **SIXTY (60)** months.

The Chapter 13 trustee will make disbursements as follows:

1. Full payment to all claims entitled to priority under 11 U.S.C. Section 507.

2. Holders of allowed secured claims shall retain liens securing such claims and shall be paid as follows:

        Arrearages to be paid by the trustee.

        Current secured payments to be made by the debtor(s) directly to claimant.

3. Pro-rata with payments to secured creditors, payments to unsecured creditors whose claims are allowed.

The following executory contract(s) is/are rejected:
        NONE

4. Title to the debtor(s) property shall revest in the debtor(s) on confirmation of the Plan.

5. Pursuant to Southern District Local Bankruptcy Rule 2090-1(e), and in accordance with the proposed Order Confirmation of this Chapter 13 Plan, upon confirmation of the debtor's Plan, the firm of GENOVA & MALIN is hereby discharged as attorneys of record for the debtor, and is hereby discharged of any obligation or responsibility for representing the debtor thereafter.

Dated: Wappingers Falls, New York
       May 3, 2007

/s/ Ann-Marie Westridge
ANN-MARIE WESTRIDGE