S:\362(h)\westridge.violence (nom)

| | |
|---|---|
| GENOVA & MALIN<br>Attorneys for the Debtor<br>1136 Route 9<br>Wappingers Falls, New York 12590<br>(845) 298-1600<br>Thomas Genova, Esq. (TG4706)<br>Andrea B. Malin, Esq. (AM4424) | DATE: DECEMBER 4, 2007<br>TIME: 10:30 A.M. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-----------------------------------------------------X
In Re:

                                      **CHAPTER 13**

ANN-MARIE WESTRIDGE,                   **CASE NO. 07-35257 (CGM)**

         Debtor.
-----------------------------------------------------X

## NOTICE OF MOTION FOR ORDER HOLDING CREDITOR
## IN VIOLATION OF THE AUTOMATIC STAY
## PURSUANT TO 11 U.S.C. §362(h)

**S I R S:**

      **PLEASE TAKE NOTICE**, that upon the annexed motion of ANN-MARIE (the "debtor"), by her attorneys, GENOVA & MALIN, dated November 5, 2007, the Affidavit of the Debtor, sworn to on November 12, 2007; the Affidavit of Sandra Dedea-Raymond, sworn to on November 12, 2007, and the Affidavit of William Michael Helgerman, sworn to on November 12, 2007, the undersigned will move this Court, at the United States Bankruptcy Court, 355 Main Street, Poughkeepsie, New York, on **December 4, 2007, at 10:30 a.m.**, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. §362(a), finding that STEVE FORD and KATHIE FORD (the "FORDS") violated the automatic stay by verbally and physically assaulting the debtor at her 341 Meeting of Creditors and by going to the debtor's house to further verbally assault her due to the failure to pay the debt allegedly due and owing to the FORDS, pursuant to 11 U.S.C. §362(h), holding the FORDS liable for his willful allegedly violation of the automatic stay, awarding to the debtor her attorneys' fees, costs and disbursements of this motion, compensatory damages, and punitive damages, and for such other and further relief as to the Court may seem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be served upon and received by counsel for the debtor at the address indicated below and filed with the Court together with proof of such service, no later than three (3) days prior to the return date hereof.

Dated: Wappingers Falls, New York
November 12, 2007

               GENOVA & MALIN
               Attorneys for the Debtor

        By: /s/Andrea B. Malin
           ANDREA B. MALIN (AM4424)
           Hampton Business Center
           1136 Route 9
           Wappingers Falls, NY 12590
           (845) 298-1600

TO: JEFFREY L. SAPIR, ESQ.
   Chapter 13 Trustee
   399 Knollwood Road
   White Plains, NY 10603

   ANN-MARIE WESTRIDGE
   116 Toad Pasture Road
   Westtown, NY 10998

   STEVE FORD
   Hortons Road
   Westtown, NY 10998

   KATHIE FORD
   Hortons Road
   Westtown, NY 10998

   MICHAEL O'LEARY, ESQ.
   Attorneys for STEVE & KATHIE FORD
   HAYWARD, PARKER & O'LEARY
   225 Dolson Avenue
   P.O. Box 929
   Middletown, NY 10940