EXHIBIT B

CASE NAME: Westridge 362(h)
CASE NO. 11/30/07

| DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|---|---|---|---|
| 11 | Case Law | 55 | | |
| 14 | 362(h) | 6x20 | 1.48x6 | |
| 14 | memo 362(h) | 6x9 | | |

TOTALS:

~~226~~ 229
@ $0.20 per page
= 45.80
copies

postage amount
= 7.40
postage

@ $0.50 per page
=
fax

TOTAL EXPENSES = 53.20