GENOVA & MALIN
Attorneys for Debtor
Hampton Business Center
1136 Route 9
Wappingers Falls, New York 12590
(845) 298-1600
Thomas Genova, Esq. (TG4706)
Andrea B. Malin, Esq. (AM4424)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-------------------------------------------------------X
IN RE:

                                                                               **CHAPTER 13**

ANN-MARIE WESTRIDGE,                   **CASE NO. 07-35257 (CGM)**

        Debtor.
-------------------------------------------------------X

## ORDER EXPUNGING CLAIM

The attorneys for the debtors in the above-referenced case, GENOVA & MALIN, having moved this Court for an Order Expunging Claim, as set forth in the Notice of Motion an Motion, dated October 23, 2007, and the Affidavit of the Debtor sworn to October 23, 2007, and upon reading and filing of the Notice of said Motion and Motion in support thereof, and there having been no appearance in opposition thereto, and due deliberation having been had thereon,

**NOW,** on motion of GENOVA & MALIN, attorneys for the debtor, pursuant to 11 U.S.C. §§502, 1325(a)(5)(c) and Federal Rule of Bankruptcy Procedure 3007, it is

**ORDERED,** that Claim No. 3 filed by A ROYAL FLUSH, INC., on May 1, 2007, is hereby **expunged;**

**ORDERED,** that Claim No. 5 filed by US BANK NATIONAL ASSOCIATION, on May 15, 2007, is hereby **expunged;**

**ORDERED,** that Claim No. 7 filed by FORD MOTOR CREDIT COMPANY, on

May 17, 2007, is hereby **expunged**;

        **ORDERED,** that Claim No. 12 filed by YELLOW BOOK USA, on June 5, 2007, is hereby **expunged**;

        **ORDERED,** that Claim No. 20 field by SANDRA DEDEA RAYMOND, on August 7, 2007, is hereby **reclassified** to a general unsecured claim.

Dated: Poughkeepsie, New York
      December 11, 2007

                                        /s/ Cecelia Morris

                                        U.S. BANKRUPTCY JUDGE