GENOVA & MALIN
Attorneys for Debtor
Hampton Business Center
1136 Route 9
Wappingers Falls, New York 12590
(845) 298-1600
Thomas Genova, Esq. (TG4706)
Andrea B. Malin, Esq. (AM4424)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-------------------------------------------------------X
In re

**ANN-MARIE WESTRIDGE,**

      Debtor.
-------------------------------------------------------X

CHAPTER 13
CASE NO. 07-35257 (CGM)

## ORDER

  The attorneys for the debtor, ANN-MARIE WESTRIDGE, in the above referenced case, GENOVA & MALIN, *("Movant")* having moved this Court ~~for an Order precluding to the claimant, STEVEN FORD, on the evidence, striking the Claimant's Opposition to Confirmation and Opposition to Debtor's Motion Objecting to Claims with prejudice~~ ***for relief pursuant to Federal Rule of Bankruptcy Procedure 7037***, and for attorneys' fees, costs and disbursement for this motion, as set forth in the debtor's Motion, dated February 19, 2008 ***("Motion")***, and upon reading and filing of the Notice of said Motion, the Motion and the Affirmation of ANDREA B. MALIN, all dated February 19, 2008 ***(and refiled under Electronic Case Filing Docket Number ("ECF Doc. No.") 65)***, and

  ***A****fter hearing****s held*** ~~ANDREA B. MALIN~~ on March 11, 2008 ***and April 30, 2008 ("Hearings")***, ~~in support of the motion,~~ and there having been no opposition ~~thereto~~ filed ***to the Motion;*** and

  ***After*** due deliberation having been had thereon; a***nd***

  ***For the reasons stated at the Hearings*** ~~after hearing held this date~~***; and***

*The Court having directed Movant to serve and file a notice of settlement of an proposed order ("Notice of Settlement") including a summary of the attorneys fees and expenses associated with the Debtor's Motion; and*

*After reviewing the Notice of Settlement filed on May 1, 2008, (ECF Doc. No. 74) and Objection to Notice of Settlement filed by Greher Law Offices, P.C., counsel to Steven Ford, on May 7, 2008 (ECF Doc. No. 75) ("Objection"); it is hereby*

~~**NOW,** on motion of GENOVA & MALIN, attorneys for the debtor, pursuant to Federal Rules of Civil Procedure 30 and 37, it is~~

*ORDERED, the Objection is denied; and it is further*

**ORDERED,** that the debtor is hereby awarded her attorneys' fees in the sum of TWO THOUSAND TWO HUNDRED FORTY-FIVE ($2,245.00), and costs and disbursements of this motion in the sum of TWENTY-ONE DOLLARS AND FIFTY-NINE CENTS ($21.59), all totaling the sum of TWO THOUSAND TWO HUNDRED SIXTY-SIX DOLLARS AND FIFTY-NINE CENTS ($2,266.59) *("Award");* and *it is further*

*ORDERED* that ~~the Claimant, STEVEN FORD~~ *that the Award shall be paid* ~~immediately pay~~ to the firm of GENOVA & MALIN ~~said sums upon~~ *within twenty (20) days of* the entry of this Order~~, and that the debtor have judgment therefore~~*; and it is further*

*ORDERED, the Court reserves the right to order any other relief that may be just and proper.*

Dated: Poughkeepsie, New York         /s/ Cecelia Morris
       May 16, 2008                   _____
                                      U.S. BANKRUPTCY JUDGE