s:\Conversion\ch13\Westridge.Convert13to7

GENOVA & MALIN
Attorneys for the Debtors
Hampton Business Center
1136 Route 9
Wappingers Falls, New York 12590
(845) 298-1600
THOMAS GENOVA, ESQ. (TG4706)
ANDREA B. MALIN, ESQ. (AM4424)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
IN RE:
                                       **CHAPTER 13**
ANNMARIE WESTRIDGE,                   **CASE NO. 07-35257 (CGM)**

                           Debtor.
----------------------------------------------------------x

## APPLICATION FOR CONVERSION FROM
## CHAPTER 13 TO A CASE UNDER CHAPTER 7

**TO THE HONORABLE CECELIA G. MORRIS, U.S. BANKRUPTCY JUDGE:**

        The Application of the debtor, ANNMARIE WESTRIDGE, respectfully represents:

        1.      The debtor filed a petition under Chapter 7 of the Bankruptcy Code on February 27, 2007.

        2.      On April 20, 2007, the debtor's Chapter 7 Case was converted to a case under Chapter 13 of the United States Bankruptcy Code. The case was converted as the debtor sought to maintain her family's residence.

        3.      Due to the debtor's physical condition, the debtor has been unable to achieve the necessary financial situation to make it feasible to maintain her home, the protracted litigation in her case and the Chapter 13 Plan payments.

4. The debtor is eligible to be a debtor under Chapter 7 of the Bankruptcy Code and desires to convert the case to one under Chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. §1307(b).

5. No previous application has been made for the relief sought herein.

**WHEREFORE,** the debtor, ANNMARIE WESTRIDGE, prays for severance and relief under Chapter 7 of the Bankruptcy Code, and such other and further relief as to the Court may deem just and proper.

Dated: Wappingers Falls, New York
      May 22, 2008

    /s/ AnnMarie Westridge
    ANNMARIE WESTRIDGE

    GENOVA & MALIN
    Attorneys for the Debtor

By:   /s/ Andrea B. Malin
     ANDREA B. MALIN (AM4424)
     Hampton Business Center
     1136 Route 9
     Wappingers Falls, NY 12590
     (845) 298-1600