# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

IN RE:                                             CHAPTER 7

    ANN-MARIE WESTRIDGE,                  Case No. 07-35257 (CGM)

                    *Debtor*

---------------------------------------------------------------------x

### STATEMENT OF ISSUES PRESENTED ON APPEAL & DESIGNATION OF ITEMS INCLUDED IN RECORD ON APPEAL

Steven Ford and Kathie Ford, the appellant, pursuant to 11 U.S.C. Rule 8006, files the following Statement of Issues Presented on Appeal and Designation of Items Included in the Record on Appeal, in furtherance of plaintiff/appellant's Notice of Appeal filed to the above-term and number on March 13, 2009, as follows:

### ISSUES PRESENTED ON APPEAL

    1. Did the Court err in determining that Kathie Ford was a creditor of the debtor and, as such, came under the purview and ambit of Section 362 of the Bankruptcy Code.

    Suggested Answer: Yes.

    2. Was the Conduct of Kathie Ford and Steven Ford outside of the 341 meeting harassment of the debtor so as to constitute a violation of Section 362.

    Suggested Answer: No.

3. Were the actions of Kathie Ford in going to the debtor's house to speak to her brother a violation of Section 362 of the Bankruptcy Code.

Suggested Answer: No.

4. Can it be considered a violation of the Bankruptcy Code, Section 362 if Kathie Ford shows up at the debtor's house, speaks to someone else and does not speak to the debtor.

Suggested Answer: No.

### ITEMS INCLUDED IN RECORD ON APPEAL

1. Voluntary Petition (Chapter 7) and Order for Relief Entered, Filed on behalf of Ann Marie Westridge on February 27, 2007;

2. Motion Objecting to Claim and all Exhibits;

3. Objection to Confirmation filed by Respondents;

4. Debtor's Opposition to Objection to Confirmation and All Exhibits;

5. Time Records and Disbursement sheets for the firm of Genova and Malin with regard to the time and expense incurred in the filing and prosecution of this motion.

6. Time records and Disbursement sheets for Mike Pinsky, Esq. with regard to the time and expense incurred in the filing and prosecution of this motion.

All of the above enumerated documents designated as items included in the record on appeal, have previously been filed on the CM/ECF system, pursuant to Local Rule 8007-1(a).

Dated: March 26, 2009
      New Windsor, New York

      ___s/ Warren Greher_____
      Warren Greher (WG 7174)
      Attorney for Plaintiff/Appellant
      1161 Little Britain Road
      Suite 2
      New Windsor, NY 12553
      (845) 567-1002

-----------------------------------------------------------------x

IN RE:                                                                                    CHAPTER 7

    ANN-MARIE WESTRIDGE,                              Case No.  07-35257 (CGM)

                                                *Debtor*
-----------------------------------------------------------------x

State of New York)
County of Orange)   ss:

        I,  Nancy Castelli, being sworn, say:  I am not a party to the action, am over 18 years of age and reside at Newburgh, New York.
        On  **March 26, 2009**, I served the annexed **Statement of Issues Presented on Appeal & Designation of Items Included in Record on Appeal** by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person and or Presidents of the companies at the last known address set forth after the name:


Genova & Malin
Hampton Business Center
1136 Route 9
Wappingers Falls, New York  12590

Michael Pinsky, Esq.
Attorney for Debtor
30 Matthews Street
Goshen, NY 10924


                                                                                       _s/ Nancy Castelli_
                                                                                        **Nancy Castelli**

Sworn to before me on
March 5, 2009



    _s/ Warren Greher_
      *Notary Public*

Warren Greher
Notary Public, State of New York
No. 4625563
Qualified in Orange County
Commission Expires September 30, 2010