| | |
|---|---|
| Michael D. Pinsky, P.C. | Hearing Date: 5/12/2009 |
| 211 Main Street, Box 148 | Hearing Time: 12:00 Noon |
| Goshen, New York 10924 | |
| Tel. (845) 294-5123 | |
| Mike Pinsky, Esq. | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In Re:
                                                   **CHAPTER 13**
ANN-MARIE WESTRIDGE,                **CASE NO. 07-35257 (CGM)**

            Debtor.
---------------------------------------------------------x

## AFFIRMATION REGARDING FEES BY MIKE PINSKY

To: THE HONORABLE CECELIA G. MORRIS:

      Michael D. Pinsky, P.C., by Mike Pinsky, special counsel for chapter 13 debtor Ann-Marie Westridge (the "Debtor"), now makes this Affirmation regarding the attorney's fees and costs incurred by the undersigned in connection with the prosecution of the motion for sanctions against creditor Steven Ford and his agent Kathy Ford in this case, and respectfully represents as follows:

      1.    I am duly admitted to practice before the courts of New York and the U.S. District Court for the Southern District of New York, and am special counsel for the Debtor in this contested matter. The statements made in this Affirmation are true of my own knowledge, unless stated on information and belief, in which case I believe them to be true. I make this Affirmation subject to the penalties of perjury.

      2.    The professional services rendered in this contested matter (the Debtor's motion for sanctions for willful violation of the automatic stay against Steven Ford and Kathy Ford) for which compensation is requested include, without limitation, familiarizing myself with this litigation,

meeting with the client and witnesses, reviewing and revising the Joint Pretrial Order, various correspondence, court appearance at preliminary hearings on the motion, preparing for the trial of the matter, attending trial and advocating the motion, preparing the proposed sanctions order, attending a post-trial status conference, reviewing the notice of appeal, statement of issues and designation of record and preparing a counter-designation, review of respondents' preliminary financial disclosure, and preparing this affirmation. Additional services will be rendered in connection with the hearing on punitive damages on 5/12/2009, and in connection with the appeal.

3. The period covered by this Affirmation is from 12/20//2007 through the current date.

4. My time has been billed at $250.00 per hour. 23.0 total hours are billed at $250.00 per hour for fees to date totaling $5,750.00. Reimbursement is sought for photocopies in the further amount of $95.20. The total of fees and expenses to date is $5,845.20.

5. Invoices for these legal services are annexed as Exhibits "A", "B", and "C", based upon my contemporaneous time entries.

6. All services for which compensation is requested were performed for or on behalf of the Debtor and not any other person.

7. I have not entered into any agreement to fix fees or to share compensation as prohibited by 18 U.S.C. §155 and 11 U.S.C. §504.

8. I have received no payment for these services.

9. The services rendered were beneficial to the Debtor, were necessary to the administration of the estate and were beneficial to the estate.

10. It is respectfully submitted that, in light of the difficulty of the matters involved, the complexity of the issues presented, and the results achieved that the reasonable value of the services

rendered is not less than the amounts billed.

Dated: Goshen, New York
      4/28/2009

                                By:    /s/ Mike Pinsky, Esq.
                                         Michael D. Pinsky, P.C.
                                         211 Main St., Box 148
                                         Goshen, NY  10924
                                         Tel. (845) 294-5123
                                         Fax (845) 294-9384
                                         Email mpinsky@frontiernet.net