**Michael D. Pinsky, P.C.**

211 Main Street
PO Box 148
Goshen, NY 10924

# Invoice

**Invoice #:** 128
**Invoice Date:** 2/19/2009
**Due Date:** 2/19/2009
**Case:**
**P.O. Number:**

**Bill To:**

Westridge, Ann Marie
Chapter 7 Case No. 07-35257 (cgm)

| Date | Description | Hour... | Rate | Amount |
|------|-------------|---------|------|--------|
| 12/20/2007 | Review emailed documents from Andrea Malin | 0.5 | 250.00 | 125.00 |
| 1/7/2008 | Prepare for (0.3) & phone conf. w/Andrea Malin re hearing (0.3) | 0.6 | 250.00 | 150.00 |
| 1/14/2008 | 1-14-08  Conf. with witnesses re 362(k) hearing | 2.5 | 250.00 | 625.00 |
| 1/14/2008 | Travel to and from Genova and Malin | 1.4 | 250.00 | 350.00 |
| 9/25/2008 | Revise draft joint pretrial order per Warren Greher's comments . | 1.5 | 250.00 | 375.00 |
| 9/25/2008 | Email to Warren Greher enclosing revised joint pretrial order | 0.2 | 250.00 | 50.00 |
| 1/13/2009 | Appear at final pretrial conference | 1.4 | 250.00 | 350.00 |
| 1/31/2009 | Letter to client re trial date | 0.2 | 250.00 | 50.00 |
| 2/19/2009 | Prepare for trial of sanctions motion | 4 | 250.00 | 1,000.00 |
| 2/19/2009 | Exhibit Photocopies | 476 | 0.20 | 95.20 |

| | |
|---|---|
| **Total** | $3,170.20 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,170.20 |