**Michael D. Pinsky, P.C.**

211 Main Street
PO Box 148
Goshen, NY 10924

# Invoice

**Bill To:**

Westridge, Ann Marie
Chapter 7 Case No. 07-35257 (cgm)

| | |
|---|---|
| **Invoice #:** | 133 |
| **Invoice Date:** | 4/28/2009 |
| **Due Date:** | 4/28/2009 |
| **Case:** | |
| **P.O. Number:** | |

| Date | Description | Hour... | Rate | Amount |
|---|---|---|---|---|
| 2/20/2009 | Pretrial preparation at court | 0.9 | 250.00 | 225.00 |
| 2/20/2009 | Meet with client, witnesses | 0.7 | 250.00 | 175.00 |
| 2/20/2009 | Attend hearing on and advocate motion for sanctions (morning session) | 2.2 | 250.00 | 550.00 |
| 2/20/2009 | Prepare closing remarks | 1.1 | 250.00 | 275.00 |
| 2/20/2009 | Attend hearing on motion for  closing remarks, ruling (afternoon session) | 1.5 | 250.00 | 375.00 |
| 2/21/2009 | Prepare Order Granting Motion for Sanctions | 0.5 | 250.00 | 125.00 |
| 2/21/2009 | Review and revise Order Granting Motion for Sanctions | 0.2 | 250.00 | 50.00 |
| 2/24/2009 | Review sanctions order, email same | 0.2 | 250.00 | 50.00 |

| | |
|---|---|
| **Total** | $1,825.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,825.00 |