# Michael D. Pinsky, P.C.

# INVOICE

211 Main Street, Box 148
Goshen, New York
United States 10924
845 294-5123

Invoice# 5
Date: 04/28/2009
Due On: 05/12/2009

To:
Ann Marie Westridge

## 2009-00022
Westridge 362(k)

| Type | Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| Service | 03/17/2009 | Court appearance: Attend status conference in sanctions matter | 0.5 | $250.00 | $125.00 |
| Service | 03/30/2009 | Review : Review Statement of Issues and Designation of Record | 0.3 | $250.00 | $75.00 |
| Service | 03/30/2009 | Review : Review ECF docket in re appeal | 0.5 | $250.00 | $125.00 |
| Service | 03/30/2009 | Review correspondence: Review fax from Genova & Malin re fee records | 0.2 | $250.00 | $50.00 |
| Service | 03/31/2009 | Drafting of documents: Review file, ECF Docket and Designation of Record, and prepare Counter-Designation of Record on Appeal, Affirmation of Service of same. | 1.2 | $250.00 | $300.00 |
| Service | 04/28/2009 | Drafting of documents: Prepare Affirmation Regarding Fees | 0.7 | $250.00 | $175.00 |

Subtotal: $850.00
Total: $850.00
Balance Owing: $850.00

Please make all amounts payable to: Michael D. Pinsky, P.C.

Ann-Marie Westridge, 07-35257(cgm)
Motion for Sanctions