Michael D. Pinsky, P.C.
Attorney for Ann-Marie Westridge
211 Main Street, PO Box 148
Goshen, New York 10924
Tel. (845) 294-5123
Mike Pinsky, Esq.

UNITED STATES BANKRUPTCY COURT
SOURTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:

                                                          **CHAPTER 13**

ANN-MARIE WESTRIDGE,                    **CASE NO. 07-35257 (CGM)**

        Debtor.
-------------------------------------------------------X

## AFFIRMATION OF SERVICE

The undersigned attorney, admitted to practice law in New York and before this Court, now affirms under penalty of perjury and on personal knowledge that, on 4/28/2009 I served a copy of the Affirmation Regarding Fees By Mike Pinsky in the above-captioned case by depositing a true copy in a first-class postage paid envelope with the U.S. Postal Service, addressed as follows:

| Warren Greher, Esq. | Jeffrey L. Sapir, Esq. | United States Trustee |
|---|---|---|
| Greher Law Offices | Chapter 13 Trustee | 74 Chapel St, Suite 200 |
| 1161 Little Britain Rd., Ste 2 | 399 Knollwood Rd | Albany, NY 12207 |
| New Windsor, NY 12553 | White Plains, NY 10603 | |

Dated:  Goshen, NY
         April 28, 2009

                                               /s/ Mike Pinsky_____
                                               Michael D. Pinsky, P.C.
                                               Attorney for Ann Marie Westridge
                                               211 Main Street, Box 148
                                               Goshen, New York 10924
                                               Tel. (845) 294-5123