# GREHER LAW OFFICES, P.C.

*WARREN GREHER*
*ANDREW N. GREHER*
_____
*JOHN A. MCHUGH*

ATTORNEYS AT LAW

1161 LITTLE BRITAIN ROAD, SUITE B
NEW WINDSOR, NEW YORK 12553

THIS OFFICE DOES NOT ACCEPT SERVICE BY FACSIMILE OR E-MAIL

Legal Assistants
Nancy Castelli
Kathleen Damone
JoAnn Olson

(845) 567-1002
Fax (845) 567-0025

*E-mail Address*:
warrengreher@hvc.rr.com

August 5, 2009

Attn; Chambers, Hon. Cecelia G. Morris
United States Bankruptcy Court Judge
355 Main Street
Poughkeepsie, New York 12601

**RE: Ann Marie Westridge ; Case No. 07-35257**

Dear Judge Morris:

We appeared before your Honor for a final pre-trial conference on July 28, 2009. At that time, you put this matter on very short rein, scheduling it for trial August 13 and 14. In furtherance thereof, you directed us to file a joint pre-trial order on the issue of punitive damages and sanctions.

Michael Pinsky and I discussed the matter subsequent thereto and he forwarded to me a proposed Pre-trial Order and Stipulation. I first saw it on August 4, 2009.

In addition to forwarding the proposed Pre-trial Order and Stipulation. He requested of me certain additional documentation and further asked that I arrange to permit his appraiser to come into my client's home.

I called my clients on August 4 to discuss the proposed pre-trial Order and Stipulation as well as Mr. Pinsky's additional request. I was advised that my clients are out of the state and on vacation and will not be returning until August 10.

While I am agreeable to providing Mr. Pinsky the additional information he now requested and am further willing to have my client's premises available for his appraiser's inspection, those items cannot be undertaken and provided before the scheduled trial date.

Additionally, it is impossible for me to comply with and submit joint Pre-trial Order and Stipulation without having the opportunity to discuss it with my clients.

Accordingly, I am requesting at this time that the trial be put over a week or two so that all of this additional information can be incorporated into the Pre-Trial Order and Stipulation in furtherance of the sanctions hearing.

    Respectfully yours,

    **GREHER LAW OFFICES, P.C.**

    *s/ Warren Greher*

    WARREN GREHER
    *signed electronically in order to avoid delay*

WG:nc
Cc: Michael Pinsky, Esq.
    *343-1927*