```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:
                                                    CHAPTER 13
ANN-MARIE WESTRIDGE,                                CASE NO. 07-35257 (CGM)

              Debtor.
-------------------------------------------------------X
```

**ORDER**

The matter presently before the Court concerns the attorneys' fees to be awarded in connection with the Debtor's motion for sanctions pursuant to Bankruptcy Code § 362(k) against Steven J. Ford and Kathleen T. Ford a/k/a Kathie Ford. This Court has previously ruled that respondents Steven J. Ford and Kathleen T. Ford a/k/a Kathie Ford have willfully violated the automatic stay. Upon such a determination, Bankruptcy Code § 362(k) requires that the Debtor be awarded her actual damages, including attorneys' fees. A hearing was held to determine damages on September 10, 2009.

Counsel for the parties stipulated on the record of the September 10 hearing that the Debtor incurred reasonable attorneys' fees in the sum of $13,590.00 and reasonable and customary expenses in the further amount of $156.76 in the prosecution of the motion for sanctions and the related defense of the Fords' appeal from the order on liability entered in this matter. Of this amount, special counsel to the Debtor Michael D. Pinsky, P.C. is owed the sum of $9,700.00 for attorneys' fees and $96.08 in reimbursement of expenses, and general counsel to the Debtor Genova & Malin is owed the sum of $3,890.00 in attorneys' fees and $60.68 in reimbursement of expenses. It is therefore

ORDERED, ADJUDGED and DECREED that Debtor's special counsel Michael D. Pinsky, P.C. is awarded fees and expenses of $9,796.08, against Steven J. Ford and Kathleen T. Ford a/k/a Kathie Ford, jointly and severally; and it is further

ORDERED, ADJUDGED and DECREED that Debtor's general counsel Genova & Malin is awarded fees and expenses of $3,950.68 against Steven J. Ford and Kathleen T. Ford a/k/a Kathie Ford, jointly and severally.

Dated: Poughkeepsie, New York
October 23, 2009

        ENTER:

        /s/ Cecelia Morris
        CECELIA G. MORRIS
        UNITED STATES BANKRUPTCY JUDGE